Daniel, J.
 

 We think that the Judge was right, in over-ruling the motion in arrest of judgment. The indictment is (with the omission of the words, “ cursing-, swearing, quarrelling”) a copy from the precedent, to be found in
 
 2 Chitty C. Law,
 
 40. The defendant is charged with keeping a common ilI-g-overned and disorderly house; and for lucre, causing persons, both free and slaves, to frequent it, and there to be and remain, drinking, tippling, and misbehaving themselves, &c. to the common nuisance of all the citizens of the State, there inhabiting, passing, &c. The State might, we think, be permitted to give evidence of particular acts of misbehavior of the inmates of the house, under the above general charges; as, that they gambled, quarrelled, fought,' got drunk, made great noises, cursing and swearing, to the annoyance of the people in the neighborhood. As in an indictment for keeping a bawdy house, so in this, it is not necessary to state particulars, as the names of those who frequent the house ; but evidences of particular instances of illicit intercourse may be given under the general charge.
 
 2 Chiity C. L.
 
 39, 40, (note.) We are of opinion, that the indictment does charge a criminal offence. The judgment therefore, is affirmed, and this opinion must be certified.
 

 Per Curiam. Ordered to be certified accordingly.